NEW YORK COUNTY.—HON. D. G. ROLLINS, SURRO-
GATE.—February, 1883.

### GRABER v. HAAZ.

*In the matter of the application for probate of a paper
propounded as the will of* ADAM GOSS, *deceased.*

An application for the probate of a will, one of two subscribing witnesses
to which has not been produced, will be refused, where proponents
neither take steps to examine such witness, orally or by commission,
nor establish satisfactorily their inability so to do.

APPLICATION for the probate of decedent's will, made
by Ida Haaz, executrix therein named; opposed by
Margaretha Graber, one of decedent's next of kin. The
facts appear sufficiently in the opinion.

C. H. BETJEMAN, *for executrix.*

MICHAEL C. GROSS, *for contestants.*

THE SURROGATE.—One of the subscribing witnesses
to the instrument offered as decedent's will has not
been produced. There is no proof that he is dead, or a
lunatic, or incompetent to testify. There is some evi-
dence tending to show, though not establishing to my
satisfaction, that he is absent from the State. It cer-
tainly does not appear that he might not, by due dili-
gence, be found either in the State or out of it, and that
his testimony might not be thereupon obtained by a
commission.

Now, where there are only two subscribing witnesses,
the examination of both is essential, if both are access-
ible (Code Civ. Pro., §§ *2618, 2619, 2620*).

This instrument must, therefore, be refused probate,

unless the proponents take steps to examine the sub-
scribing witness Hope, orally or by commission, or to
establish more satisfactorily their inability so to do.